**L. RUTHER, Plaintiff–Appellant,**

v.

**INTERFIRST CAPITAL, INCORPORATED, Defendant–Appellee.**

No. 01–2184.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 21, 2002.

L. Ruther, Appellant Pro Se. John Thorpe Lawrence Richards, Trout & Richards, P.L.L.C., Washington, D.C., for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

L. Ruther appeals the district court's orders denying his civil action and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ruther v. Interfirst Capital, Inc.,* No. CA–01–554–A (E.D. Va. filed Aug. 17, 2001 & entered Aug. 20, 2001; filed Sept. 7, 2001 & entered Sept. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*